# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-395 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| WILLIAM ADAMSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 30, 2024. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on February 4, 2025. The defendant admitted to the following violation:

1. Illicit Drug Use;
2. Failure to Pay Restitution;
3. Failure to Secure Full-Time Verifiable Employment; and
4. Leaving the Judicial District without Permission.

The magistrate judge filed a report and recommendation on February 4, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

A final supervised release violation hearing was conducted on February 25, 2025. Present were the following: Assistant United States Attorney Megan Miller, representing the United States; Attorney Erik Jones, representing the defendant; the defendant William Adamson, and United States Probation Officer Katelyn Keck.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

IT IS ORDERED that the sentencing is continued to April 11, 2025, at 11:00 a.m., subject to the defendant's continued conduct while on supervised release. The U.S. Probation Officer is directed to update the Court if an additional violation occurs, to which the hearing will be rescheduled promptly.

By agreement of the parties, IT IS FURTHER ORDERED that the defendant's supervised release is modified to include the following additional conditions:

**Search and Seizure**: You must submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**Mental Health Medications**: You must take all mental health medications that are prescribed by your treating physician.

**IT IS SO ORDERED**.

Dated: February 25, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**