# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-395 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| WILLIAM ADAMSON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on November 24, 2025. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a initial appearance on the Violation Report of October 3, 2025, and the Superseding Violation Report of November 24, 2025, and a revocation hearing on Violation 1 was held on November 24, 2025. The defendant admitted to Violations 2, 3, 4, and 5 of the Violation Reports and, after an evidentiary hearing, the magistrate judge also found the defendant violated the terms of his supervised release as set forth in Violation 1.

1. Alleged New Law Violation (Previously Reported to the Court);
2. Illicit Drug Use (Previously Reported to the Court);
3. Failure to Notify Probation Officer of Law Enforcement Contact (Previously Reported to the Court;
4. Leaving the Judicial District without Permission from the Court (Previously Reported to the Court; and
5. Whereabouts Unknown (Previously Reported to the Court).

The magistrate judge filed a report and recommendation on November 24, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4 and 5.

A final supervised release violation hearing was conducted on December 9, 2025. Present were the following: Assistant United States Attorney Megan Miller, representing the United States; Attorneys Erik Jones representing the defendant; the defendant William Anderson, and United States Probation Officer Katelyn Keck.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 7 months. Upon release from custody, the defendant is to be placed on supervised release for a period of 24 months, with the same terms and conditions as previously imposed. The defendant must report to the probation office in the Northern District of Ohio within 72 hours after release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

The defendant still owes a significant amount of restitution. The Court will reimpose defendant's restitution obligation in the amount of $2,725,341.00, with credit for $485.00 that defendant previously paid, resulting in a balance of $2,724,856.00, to be paid on a joint a several basis with his co-defendants as set forth in the amended judgment filed on March 23, 2023, at Document Number 301.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: December 9, 2025

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**